AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

FILED
July 27, 2020
KAREN MITCHELL
CLERK, U.S. DISTRICT COURT

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. |
| | ) | 2:20-MJ-97-BR |
| BRANDON SLAGLE | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __July 24, 2020,__ in the county of __Oldham__ in the __Northern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C) | Possession with Intent to Distribute Methamphetamine |

This criminal complaint is based on these facts:
see attached affidavit in support of complaint.

☑ Continued on the attached sheet.

*s/ Christopher Brown*
*Complainant's signature*

Christopher Brown, DEA SA
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 07/27/2020

*Lee Ann Reno*
*Judge's signature*

City and state: Amarillo, Texas

Lee Ann Reno, United States Magistrate Judge
*Printed name and title*

No. 2:20-MJ-97

## AFFIDAVIT IN SUPPORT OF COMPLAINT

I, Christopher Brown, being sworn, depose and state as follows:

1)      I am a Special Agent (SA) with the Drug Enforcement Administration (DEA).

2)      I am assigned to the DEA's Amarillo Resident Office (ARO). I was hired as a Special Agent with DEA in June 2019, and completed DEA Basic Agent Training Academy, located in Quantico, Virginia in October 2019. In connection with my duties and responsibilities as a Special Agent, I have received extensive training in the field of narcotics trafficking investigations, including but not limited to, conducting surveillance, smuggling, undercover operations, methods of packaging, utilizing confidential sources, executing arrest and search warrants. Prior to my employment with the DEA, I was a Vermont State Trooper for 7 years. During that time, I have made narcotic arrests and assisted in narcotics investigations.

3)      This affidavit is made in support of a complaint and arrest warrant for Brandon SLAGLE. I am familiar with the information contained in this affidavit based upon my own personal investigation, as well as conversations with other law enforcement officers involved in this investigation.

4)      On July 24, 2020, Texas Department of Public Safety DPS Trooper Richard Pacheco was on routine patrol on I-40 in Oldham County, TX. At approximately 12:14pm, Trooper Pacheco observed a White 2020 Chevy Tahoe SUV with Florida registration JKJ C70, traveling above the posted speed limit, which is a violation of the Texas Transportation Code. Trooper Pacheco initiated a traffic stop on the vehicle for the traffic violation at MM45 on IH-40. Trooper Pacheco contacted the driver, who identified himself as Brandon SLAGLE via Kentucky driver's license. SLAGLE admitted to Trooper Pacheco that he smoked marijuana. Trooper Pacheco subsequently asked SLAGLE for consent to search the vehicle, which SLAGLE granted.

5)      Trooper Pacheco began a consent search of the vehicle. In the rear compartment of the Chevy Tahoe, Trooper Pacheco found approximately 42 Ziploc type bags of white crystal like substance in a Styrofoam ice container. Trooper Pacheco recognized the contents in the Ziploc type bags as contraband. The contraband field tested positive for the presence of methamphetamine.

6) DEA Special Agents Christopher Brown and Key Sayasone responded to the scene to assist in the investigation. SA Brown and Texas DPS Trooper Max Honesto Mirandized and interviewed Brandon SLAGLE. SLAGLE provided statements admitting to transporting illegal narcotics.

                                                                  /s/ Christopher Brown
                                                                  Christopher Brown
                                                                  DEA Special Agent

Sworn to before me, and subscribed in my presence

July 27, 2020    at    Amarillo, Texas
Date                              City and State

Lee Ann Reno U.S. Magistrate Judge                *Lee Ann Reno*
Name and Title of Judicial Officer                     Signature of Judicial Officer